**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ALONZO GILLIAM, III,**                                                                    **PLAINTIFF**
**ADC# 098194**

**v.**                              **Case No. 2:14-cv-101-KGB-JJV**

**DEXTER PAYNE,**
**Warden, Wrightsville Unit; et al.**                                               **DEFENDANTS**

## ORDER

Pursuant to the Order entered in this matter on this date, judgment is entered dismissing plaintiff Alonzo Gilliam's complaint. The Court dismisses with prejudice Mr. Gilliam's federal constitutional claims and dismisses without prejudice Mr. Gilliam's state law claims. The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

SO ADJUDGED this 12th day of May, 2015.

_____
Kristine G. Baker
United States District Judge